IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 2:20-cv-04766 |
| v. | ) ) | |
| RICCA GROUP, INC. d/b/a MEDSURVEY, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Progressive Health and Rehab Corp., and Defendant, Ricca Group, Inc. d/b/a MedSurvey, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice, each side to bear its own costs.

**Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP.:**

By: /s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois  60008
Telephone:  847-368-1500
Email: rkelly@andersonwanca.com

Brett Freeman
SABATINI FREEMAN, LLC
216 North Blakely St.
Dunmore, PA  18512
Telephone:  570-458-2008
Email: Brett@sabatinilaw.com

**Defendant, RICCA GROUP, INC. d/b/a MEDSURVEY, INC.:**

By: /s/Kevin Cornish (with permission)
Kevin Cornish
Don Pertrille
HIGH SWARTZ LLP
40 East Airy Street
Norristown, PA  19404
Telephone:  610-276-0700
Email:  kcornish@highswartz.com
dpetrille@highswartz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


/s/ Ryan M. Kelly