## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> RICCA GROUP, INC. d/b/a MEDSURVEY, INC., <br><br> Defendant. | No. 2:20-cv-04766 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Progressive Health and Rehab Corp., and Defendant, Ricca Group, Inc. d/b/a MedSurvey, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Progressive Health and Rehab Corp. only, without prejudice as to the members of the putative class, each side to bear its own costs.

**Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP.:**
By: /s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois  60008
Telephone:  847-368-1500
Email: rkelly@andersonwanca.com

Brett Freeman
SABATINI FREEMAN, LLC
216 North Blakely St.
Dunmore, PA  18512
Telephone:  570-458-2008
Email: Brett@sabatinilaw.com

**Defendant, RICCA GROUP, INC. d/b/a MEDSURVEY, INC.:**
By: /s/Kevin Cornish (with permission)
Kevin Cornish
Don Pertrille
HIGH SWARTZ LLP
40 East Airy Street
Norristown, PA  19404
Telephone:  610-276-0700
Email:  kcornish@highswartz.com
          dpetrille@highswartz.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                        s/ Ryan M. Kelly